# United States District Court

## Northern District of Illinois
Eastern Division

Wehrs                                      **JUDGMENT IN A CIVIL CASE**

            v.                                     Case Number: 07 C 3312

Benson York Group, Inc., et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment entered in favor of plaintiff and against defendant Wells in the amount of $49,861.00. Costs are allowed to the plaintiff. The claim for prejudgment interest is denied.

                                                       Michael W. Dobbins, Clerk of Court

Date: 9/23/2011                              _____
                                                    /s/ Michael Dooley, Deputy Clerk