**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM R. WEHRS, JR. )<br> )<br>                 **Plaintiff,** )<br> )<br>                 vs. )<br> )<br>BENSON YORK GROUP, INC., )<br>NEW CASTLE FINANCIAL )<br>SERVICES, LLC, KEVIN BRENNAN, )<br>and KEVIN WELLS , )<br> )<br>                 **Defendants.** )<br> ) | Case No.   07 CV 3312<br><br>Hon. Joan Humphrey Lefkow |

**NOTICE OF APPEAL**

     **PLEASE TAKE NOTICE** that KEVIN WELLS ("WELLS"), Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment in a Civil Case entered in this action on September 23, 2011.

| | |
|---|---|
| Dated: October 17, 2011 | Respectfully submitted,<br><br>/s/ Robert C. Keck, Jr.<br><br>Robert C. Keck, Jr.<br>Justine A. Hausner<br>Keck & Associates, P.C.<br>333 North Michigan Avenue – Suite 1020<br>Chicago, Illinois 60601<br>312/201-1200<br>ARDC No. 1424297<br><br>**Counsel for Defendant Kevin Wells** |

## CERTIFICATE OF SERVICE

  The undersigned attorney of record for Kevin Wells hereby certifies that he caused true and correct copies of the Notice of Appeal to be served on Plaintiff's counsel via the Court's ECF filing system.

By:/s/ <u>Robert C. Keck, Jr.</u>

Arthur S. Gold
Gold & Coulson
11 South LaSalle St.
Suite 2402
Chicago, IL 60603

Andrew Szocka
Andrew Szocka, P.C.
799 East Terra Cotta Ave.
Crystal Lake, IL 60014

David Usher Gourevitch
Law Offices of David Gourevitch, P.C.
950 Third Avenue, 15th Fl.
New York, NY 10022

David Seth Argenter
Chuhak & Tecson, P.C.
30 South Wacker Dr.
Suite 2600
Chicago, IL 60606

Eric Lee
Lee & Amtzis
5550 Glades Rd.
Suite 401
Boca Raton, FL 33431

George P. Apostolides
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606

James W. Marks & Michael James Mueller
Buzogany Mark Mueller, LLC
225 West Washington
Suite 2200
Chicago, IL 60606

Kevin W. Bruning
Bruning & Associates, P.C.
1051 Perimeter Dr.
Suite 430
Schaumburg, IL 60173

Case: 1:07-cv-03312 Document #: 160 Filed: 10/20/11 Page 3 of 3 PageID #:695